CHARLES LA BELLA
Deputy Chief
THOMAS B. W. HALL
ALISON ANDERSON
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. 2:12-cr-00113-JCM-GWF |
| Plaintiff, | ) |
| v. | ) **MOTION TO DELAY ENTRY OF FINAL** |
| | ) **RESTITUTION ORDER** |
| ROSALIO ALCANTAR, | ) |
| ROBERT BOLTEN, | ) |
| GLENN BROWN, | ) |
| MICHELLE DELUCA, | ) |
| CHARLES HAWKINS, | ) |
| SAMI HINDIYEH, | ) |
| BRIAN JONES, and | ) |
| MORRIS MATTINGLY, | ) |
| Defendants. | ) |

**I.   INTRODUCTION**

The United States hereby moves the Court to delay the entry of a final restitution order until the overall restitution figure for the entire conspiracy is finalized at the sentencing of Leon Benzer, scheduled for August 3, 2015. Because the Court ordered the above-captioned defendants to pay restitution jointly and severally with other defendants, and because the Court has not yet determined the final overall restitution figure, for administrative reasons the United States requests a delay in the entry of the final restitution order.

1

## II. DISCUSSION

The above-captioned defendants were sentenced on different dates during the week of May 18, 2015. All nine were ordered to pay various restitution amounts jointly and severally with other defendants in related cases. After their sentencings, the Clerk of Court's office reported that for administrative reasons, the Clerk's Office cannot process joint and several restitution orders without having a final amount for which the defendants are jointly and severally liable. As the Court is well aware, the final restitution figure in this sprawling conspiracy will not be established until the sentencing of Leon Benzer, scheduled for August 3, 2015.

The Court has the authority under 18 U.S.C. § 3664(d)(5) to delay the entry of a final restitution order when the "victim's losses are not ascertainable." The United States hereby moves the Court to delay the entry of the final restitution order for the above-captioned defendants until such time as the Court ascertains the final restitution amount due to the victims in this case.

Respectfully Submitted,

ANDREW WEISSMANN
Chief
CHARLES LA BELLA
Deputy Chief
United States Department of Justice,
Criminal Division, Fraud Section


*/s/ Thomas B.W. Hall*
THOMAS B.W. HALL
ALISON ANDERSON
Trial Attorneys
United States Department of Justice
Criminal Division, Fraud Section

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00113-JCM-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| ROSALIO ALCANTAR, ROBERT BOLTEN, GLENN BROWN, MICHELLE DELUCA, CHARLES HAWKINS, SAMI HINDIYEH, BRIAN JONES, and MORRIS MATTINGLY, | |
| Defendants. | |

Having reviewed the Government's Motion to Delay Entry of Final Restitution Order and good cause so appearing under 18 U.S.C. § 3664(d)(5), it is hereby ORDERED that the entry of the final restitution order for the above-captioned defendants is continued until the sentencing of Leon Benzer, scheduled for August 3, 2015. Within five Court days of that sentencing, counsel for the Government shall submit to the Court final restitution orders for the above-captioned defendants.

**DATED** June 18, 2015.

_____
UNITED STATES DISTRICT JUDGE

3

|   |   |
|---|---|
| 1 |   |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | DISTRICT OF NEVADA |
|   | -oOo- |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 2:12-cr-000113-JCM-GWF |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| ROSALIO ALCANTAR, ROBERT BOLTEN, GLENN BROWN, MICHELLE DELUCA, CHARLES HAWKINS, SAMI HINDIYEH, BRIAN JONES, and MORRIS MATTINGLY, | ) | |
| Defendants. | ) | |

I, the undersigned, hereby certify that this pleading was filed with the clerk of court via ECF and will be served electronically via ECF on all parties that have entered their appearances in this case.

Dated: May 26, 2015

Respectfully submitted,

*/s/ Thomas B.W. Hall*
THOMAS B.W. HALL
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section

4